420 Lexington Avenue
New York, NY 10170
www.mta.info

**Catherine A. Rinaldi**
President

# MEMO ENDORSED

 **Metro-North Railroad**

September 30, 2021

**Via ECF filing**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Michael DiPalma v. Metro-North Railroad
File No.: 21 Civ.06221(KMK)

Dear Honorable Judge Karas:

Please be advised that my office just became aware that an Initial Conference has been scheduled
for October 14, 2021.

This letter is to request an adjournment of the conference in this matter due to the fact that I have
to appear for another initial conference on the same date and at the same time before Honorable
Judge Naomi Reice Buchwald in the Kelly Palmer v. Metro-North matter, File No.: 21-cv-05994.
I am hoping that this Court will grant this extension due to the presence of the conflict.

Per your court's rules, please be advised of the following:

1. Initial Conference original date is 10-14-21. Based upon discussion with adversary, both
   parties can appear for a conference either on October 15 or October 19;
2. This is the first request of adjournment by this office;
3. Not applicable;
4. I have spoken to my adversary, Mr. Perry, and he consents to the said adjournment;

Thank you for your courtesies in this matter.

Yours truly,

Alan Muraidekh
Senior Associate Counsel
Email: AMuraidekh@mnr.org
Phone: (212) 340-2203

cc: Scott Perry, Esq. (Via ECF)

*Granted. The conference will*
*go forward via teleconference*
*on October 19, 2021 at*
*12:30 PM*

**SO ORDERED**

KENNETH M. KARAS U.S.D.J.

9/30/2021

MTA Metro-North Railroad is an agency of the Metropolitan Transportation Authority, State of New York
Janno Lieber, MTA Acting Chair & CEO