420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President

**MEMO ENDORSED**



# Metro-North Railroad

October 15, 2021

<u>Via ECF filing</u>
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Michael DiPalma v. Metro-North Railroad
    File No.: 21 Civ.06221(KMK)

Dear Honorable Judge Karas:

This office represents the interests of the defendant, Metro-North Commuter Railroad.

Please accept this formal letter on behalf of the Defendant requesting that the October 19, 2021 initial conference be adjourned. The need for this adjournment is that the Defendant is in the process of commencing a Third-Party action against the company that was responsible for the tree removal operation which purportedly resulted in the Plaintiff's accident. The defendant has forwarded the summons and the Third-Party complaint to our process server so the pleading could be served. Based upon information provided by the process server, the pleading should be served very soon.

As such, in order to avoid wasting this court's time both parties will appreciate it if your honor would grant this request for adjournment of conference until the Third-Party Defendant appears in this litigation.

Thank you for your courtesies with respect to this request.

Yours truly,

Alan Muraidekh
Senior Associate Counsel
Email: AMuraidekh@mnr.org
Phone: (212) 340-2203

cc: George Cahill, Esq. (Via ECF)

*Granted. The Court will hold a teleconference on November 30, 2021 at 11:30 AM*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/18/2021